IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-334-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   DAVID HERNANDEZ-ZAMUDIO,**

        Defendant.

---

## ORDER
---

Kane, J.

Pursuant to and in accordance with the Sentencing Hearing held before me on this date, it is

**ORDERED** that the defendant, David Hernandez-Zamudio, is sentenced to **time served.**

Dated this 13th day of December, 2012.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court